```
 1  GEORGE S. CARDONA
    Acting United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK                              JS - 6
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  PIO S. KIM
    Assistant United States Attorney
 6  Asset Forfeiture Section
    California Bar No. 156679
 7     United States Courthouse
       312 North Spring Street, 14th Floor
 8     Los Angeles, California 90012
       Telephone:  (213) 894-2589
 9     Facsimile:  (213) 894-7177
       E-mail:     Pio.Kim@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. CV 09-06172-RGK (FFMx) |
|---|---|
| Plaintiff, | ) [~~proposed~~] |
|  | ) **CONSENT JUDGMENT** |
| v. | ) |
| 3,422 BOXES, MORE OR LESS, CONTAINING GASTRODIA ELATA, IMPORTED FROM KOREA, | ) ) ) |
| Defendant | ) |

On August 24, 2009, plaintiff United States of America (the "government") filed the Complaint for Forfeiture in this action, seeking forfeiture of the defendant 3,422 Boxes, More or Less, Containing Gastrodia Elata, Imported from Korea (the "defendant") pursuant to 16 U.S.C. § 1540(e)(4)(A) and 19 U.S.C. § 1595a(c)(2)(A) as being imported contrary to the provisions of the Endangered Species Act, 16 U.S.C. § 1538, *et seq.* and the

Convention on International Trade in Endangered Species of Wild Fauna and Flora ("CITES").

The potential claimant Shopping.com USA, Inc., the importer of the defendant, claims interest in the defendant.

The parties have agreed to settle this forfeiture action and to avoid further litigation by entering into this consent judgment.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties, HEREBY ORDERS, ADJUDGES, AND DECREES:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2. The Complaint for Forfeiture states claims for relief pursuant to 16 U.S.C. § 1540(e)(4)(A) and 19 U.S.C. § 1595a(c)(2)(A).

3. Notice of this action has been given as required by law. No appearance has been made in this action. The Court deems that all potential claimants other than Shopping.com USA, Inc. admit the allegations of the Complaint for Forfeiture to be true, and hereby enters default against all other potential claimants.

4. The defendant is hereby be forfeited to the United States.

5. The government of Republic of Korea, the country of origin of the defendant, has asked that the United States Department of Agriculture (the "USDA") release the defendant to the Korean government. Without obligating the USDA to do so, the agency intends to release the defendant to the Korean government provided that Shopping.com USA, Inc. timely and faithfully satisfies all of its conditions for the release, including without

limitation, payment of the past and future fees and expenses incurred and will be incurred in connection with storing, processing, transporting and shipping the defendant.

6. Shopping.com USA, Inc. hereby releases the United States of America, the State of California, all counties, municipalities and cities within the State of California, and their agencies, departments, offices, agents, employees and officers, including, but not limited to, the United States Attorney's Office, the Customs and Border Protection, the Immigration and Customs Enforcement, the United States Department of Agriculture, and any of their employees and agents, from any and all, known or unknown, claims, causes of action, rights, and liabilities, including, without limitation, any claim for attorney's fees, costs, or interest which may be now or later asserted by or on behalf of the claimant, arising out of or related to this action or to the seizure or possession of the defendant. Shopping.com USA, Inc. represents and agrees that it has not assigned and is the rightful owner of such claims, causes of action and rights.

7. The Court finds that there was reasonable cause for the seizure of the defendant and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

/ / /

1     8. The parties shall each bear their own attorney's fees and other costs and expenses of litigation.

DATED: December 29, 2009     _____
                                       UNITED STATES DISTRICT JUDGE

### CONSENT

The parties consent to judgment and waive any right of appeal.

DATED: December 18, 2009     GEORGE S. CARDONA
                                       Acting United States Attorney
                                       CHRISTINE C. EWELL
                                       Assistant United States Attorney
                                       Chief, Criminal Division
                                       STEVEN R. WELK
                                       Assistant United States Attorney
                                       Chief, Asset Forfeiture Section

                                       / / _____
                                       PIO S. KIM
                                       Assistant United States Attorney

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA


                                       SHOPPING.COM USA, INC.

DATED: December 15, 2009     / / _____
                                       Hong Chul Kim, President

4